UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NATONIA CROWE-HAGANS,

    Plaintiff,

v.                                CASE NO: 8:06-cv-757-T-23TGW

HONEYWELL INTERNATIONAL, INC.,

    Defendant.
_____/

## ORDER

The parties' joint motion (Doc. 27) to amend the deadlines in the case management order is **GRANTED**. The deadlines are reset according to the following schedule:

| Event | New Date |
| --- | --- |
| Discovery Deadline | April 7, 2007 |
| Dispositive Motion Deadline | May 9, 2007 |
| Pretrial Conference | June 11, 2007 at 10:30 a.m. |
| Trial Term | July, 2007 |

The requirements of the July 24, 2006, case management order (Doc. 16) otherwise apply. Absent extraordinary circumstances, no further extensions will be granted.

    ORDERED in Tampa, Florida, on May 7, 2007.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE